UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BRANDON KACHMAR,** | : | |
| | : | |
| *Plaintiff*, | : | Case No.  8:15-cv-00884-TDC |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **SENTRYLINK, LLC,** | : | |
| | : | |
| *Defendant*. | : | |
| | : | |

## NOTICE OF SETTLEMENT

Plaintiff Brandon Kachmar, by counsel, hereby services notice that the above captioned matter has been settled.  The parties will proceed to document a settlement agreement and expect to file a Stipulation of Dismissal within thirty (30) days that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action be dismissed with prejudice as to the Plaintiff, and without prejudice as to members of the putative class, with each party to bear their own costs incurred within.

BY:  */s/ David A. Searles*
James A. Francis (*pro hac vice*)
John Soumilas (*pro hac vice*)
David A. Searles (*pro hac vice*)
FRANCIS & MAILMAN, PC
100 S. Broad Street, 19th Floor
Philadelphia, PA 19110
Tel. (215) 735-8600

Martin E. Wolf (09425)
GORDON, WOLF & CARNEY, CHTD.
102 W. Pennsylvania Avenue, Suite 402
Towson, MD 21204
Tel. (410) 825-2300

*Attorneys for Plaintiff
Brandon Kachmar*